UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERESA RAMIREZ, | ) | 1:11-cv-01173-JLT |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO FILE A COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff Teresa Ramirez ("Plaintiff") initiated this action with the filing of her complaint (Doc. 1) and an application to proceeding *in forma pauperis* (Doc. 2), which she filed concurrently on July 15, 2011.

In her application, Plaintiff states she is not employed, but has received disability or worker's compensation benefits within the past twelve months. (Doc. 2 at 1). However, Plaintiff fails to disclose the amount received and what she expects to receive in the future. Such information is necessary for the Court to determine whether Plaintiff can make an adequate showing of indigence for the filing fee to be waived pursuant to 28 U.S.C § 1915(a). Notably, Plaintiff states she has two minor dependents and regular monthly living expenses totaling approximately $2,000. (Doc. 2 at 2). Further, Plaintiff has a financial obligation requiring payments of $250 per month to the Oregon Department of Transportation. Because Plaintiff has

not disclosed an income received, its is unclear what funds are used to pay these expenses and debts, or to care for Plaintiff's children.

      Accordingly, Plaintiff is **ORDERED**:

1. To submit a new, complete application to proceed *in forma pauperis* within twenty-one days of the date of service of this order; and
2. In the amended application, Plaintiff SHALL disclose:
   a. The amount of monthly SSI benefits she receives and the amount she expects to continue receiving; and
   b. The source of any additional funds that are being used to meet her living expenses and financial obligations.

Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*.  In the alternative, Plaintiff must pay the filing fee.  Failure to comply with this order may result in denial of Plaintiff's application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **July 21, 2011**                                  **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE