UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERESA RAMIREZ, | ) | 1:11-cv-01173-JLT |
| Plaintiff, | ) ) ) | ORDER GRANTING MOTIONS TO PROCEED IN FORMA PAUPERIS |
| v. | ) ) | (Docs. 2, 4) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) ) ) | |

Plaintiff Teresa Ramirez ("Plaintiff") seeks to proceed *pro se* and *in forma pauperis* in this action, which she commenced on July 15, 2011, by filing her complaint and an application to proceed in forma pauperis. (Docs. 1, 2). For the following reasons, Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**.

**I.   Application to proceed in forma pauperis**

The Court may authorize the commencement of an action without prepayment of fees when an individual "submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the applications and has determined Plaintiff has made an adequate showing of indigence to satisfy the requirements of 28 U.S.C. § 1915(a). Plaintiff has living expenses totaling approximately $2,000 per month, and a financial obligation requiring

payments of $250 per month (Doc. 2 at 2).  Her current income is $2,253 per month in Social Security benefits for herself and two of her children.  (Doc. 4 at 2).  Therefore, Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**.

**II.   Pleading Standards**

General rules for pleading complaints are governed by the Federal Rules of Civil Procedure.  However, the Local Rules of the United States District Court, Eastern District of California, supplement the Federal Rules.  Under Local Rule 206, the following information must be included in a complaint:

> (1) In actions involving claims for retirement, survivors, disability, health insurance and black lung benefits, the last four digits of the social security number of the worker on whose wage record the application for benefits was filed (who may or may not be the plaintiff); or
>
> (2) In actions involving claims for supplemental security income benefits, the last four digits of social security number of the plaintiff.

LR 206.  Plaintiff's complaint alleges that she seeks judicial review of a decision by the Appeals Council on May 26, 2011, which denied review of by an administrative law judge's unfavorable decision issued on December 30, 2009. (Doc. 1 at 2, 13).  However, Plaintiff failed to include th information required by Local Rule 206.

Although Plaintiff's complaint was not filed in compliance with Local Rules, the Court will not require Plaintiff to file an amended complaint.  However, Plaintiff shall provide the last four digits of her Social Security number to Defendant within seven days of such a request made by Defendant.

IT IS SO ORDERED.

Dated:  **August 1, 2011**                                         **/s/ Jennifer L. Thurston**
                                                                                        UNITED STATES MAGISTRATE JUDGE