UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA RAMIREZ, ) | 1:11-cv-01173-LJO JLT |
| Plaintiff, ) | ORDER TO DIRECTING CLERK TO ISSUE SUMMONS |
| v. ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | ORDER DIRECTING UNITED STATES MARSHAL FOR SERVICE OF COMPLAINT |
| Defendant. ) | |

By previous order, the Court granted the motion to proceed *in forma pauperis* filed by Plaintiff Teresa Rameriz. (Doc. 5). In addition, the Court found Plaintiff's complaint to be sufficiently plead.

Therefore, IT IS HEREBY ORDERED:

1. Plaintiff is DIRECTED to complete and submit to the Court the "Notice of Submission of Documents In Social Security Appeal Form" (Doc. 7); and
2. The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the Plaintiff in the USM Forms.

IT IS SO ORDERED.

Dated:  **August 12, 2011**                          **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

1