UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:11-cv-01173 - LJO - JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 15) |

　　　On April 5, 2012, the Court ordered Plaintiff Teresa Ramirez ("Plaintiff") to show cause why the action should not be dismissed, or in the alternative to file an opening brief, within fourteen days of the date of service.  (Doc. 15).  Plaintiff filed a response to the order to show cause and her opening brief in the action on April 16, 2012 (Doc. 16), thereby complying with the Court's order.

　　　Accordingly, **IT IS HEREBY ORDERED**: The Order to Show Cause dated April 5, 2012 is **DISCHARGED**.

IT IS SO ORDERED.

　Dated:　**April 18, 2012**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1